DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILLENIA SURGERY CENTER, LLC** a/a/o **ASHLEY HICKEY,**
Appellant,

v.

**NATIONWIDE INSURANCE COMPANY OF AMERICA,**
Appellee.

No. 4D22-516

[April 13, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Peter M. Evans, Judge; L.T. Case No. COWE20-015667.

John C. Daly and Christina M. Kalin of Daly & Barber, P.A., Plantation, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***